1  **Stuart D. Kirchick, Esq.**
   **State Bar No.: 144145**
2  **LAW OFFICES OF STUART D. KIRCHICK**
   **2131 The Alameda, Suite C-1**
3  **San Jose, California 95126**
   **Ph: 408/291-0123  Facsimile:  408/291-0418**
4

5  **Attorney for:**  Plaintiff, Fredrick Bates                E-FILED ***12/18/06 ***

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    IN THE NORTHERN DISTRICT OF CALIFORNIA

9
   FREDRICK BATES,                    ]   Case No.: C-06-05302-RMW
10                                    ]
                Plaintiff,             ]   **STIPULATION TO CONTINUE CASE**
11                                    ]   **MANAGEMENT CONFERENCE**
   v.                                 ]
12                                    ]
                                      ]
13 CITY OF SAN JOSE, ROBERT           ]
   DAVIS, individually and in his official ]
14 capacity as City of San Jose Chief of ]
   Police,  ADONNA  AMOROSO,          ]
15 individually and in her official capacity ]
   as City of San Jose Police  Deputy ]
16 Chief of Police, TUCK YOUNIS,      ]
   individually and in his official capacity ]
17 as City of San Jose Police Captain, ]
                                      ]
18                                    ]
                Defendant(s).          ]
19 _____     ]

20
         IT IS HEREBY STIPULATED, by and between the parties through their attorneys of
21
   record herein, that the Case Management Conference in the above-referenced matter be continued
22
   to Friday, January 26, 2007 at 10:30 a.m. from the previously set date of January 5, 2007 at 10:30
23
   a.m., before the Honorable Judge Ronald M. Whyte.
24
   //
25
   //
26
   //
27
   //
28

                                              1

1 | Dated: December 12, 2006

2
3 |                      /S/
          STUART D. KIRCHICK,
          Attorney for Plaintiff, Fredrick Bates

4
5
6 | Dated: December 12, 2006

7
8 |                      /S/
          MICHAEL J. DODSON
          Attorney for Defendant, City of San Jose, et. al.

9
10 | **SO ORDERED:** 12/18/06

11
12 |   /s/ Ronald M. Whyte
13 | JUDGE RONALD M. WHYTE

2