1 Stuart D. Kirchick, Attorney (#144145)
  Law Offices of Stuart D. Kirchick
2 2131 The Alameda, Suite C-1
  San Jose, California  95126
3 Telephone Number:  (408) 291-0123
  Facsimile Number:  (408) 291-0418
4 E-Mail Address:  sdkirchick@aol.com

5 Attorney for Plaintiff, FREDERICK BATES

6 RICHARD DOYLE, City Attorney (#88625)
  NORA FRIMANN, Chief Trial Attorney (#93249)
7 MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
  Office of the City Attorney
8 200 East Santa Clara Street
  San José, California  95113-1905
9 Telephone Number: (408) 535-1900
  Facsimile Number:  (408) 998-3131
10 E-Mail Address:  cao.main@sanjoseca.gov

11 Attorneys for Defendants, CITY OF SAN JOSE,
  ROBERT DAVIS, ADONNA AMOROSO and TUCK
12 YOUNIS

*E-FILED - 10/11/07*

13

14     UNITED STATES DISTRICT COURT

15   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16 FREDRICK BATES,      Case Number:  C-06-05302 RMW

17     Plaintiff,    **STIPULATION TO MODIFY ORDER**
            **FOLLOWING CASE MANAGEMENT**
18     v.      **CONFERENCE**

19 CITY OF SAN JOSE, ROBERT DAVIS,
  individually and in his official capacity as
20 City of San Jose Chief of Police,
  ADONNA AMOROSO, individually and in
21 her official capacity as City of San Jose
  Deputy Chief of Police, TUCK YOUNIS,
22 individually and in his official capacity as
  City of San Jose Police Captain,
23
      Defendants.
24

25   **IT IS HEREBY STIPULATED** by and between the parties hereto through their

26 respective attorneys of record, that the Court's Order following Case Management

27 Conference filed on February 6, 2007, shall be modified in the following respects:

28    1.  Fact discovery shall close on September 28, 2007.

2. All parties shall disclose experts with reports no later than September 4, 2007.

3. Expert discovery shall close on September 18, 2007.

4. The final date for hearing any dispositive motions shall be November 9, 2007 at 9:00 a.m. in Courtroom #6.

5. The Joint Pre-trial Conference Statement shall be filed no later than November 30, 2007.

6. The Final Pre-trial Conference shall be held on December 6, 2007 at 2:00 p.m. in Courtroom #6.

7. Jury Trial shall commence on December 10, 2007 at 1:30 p.m. in Courtroom #6.

Dated:  August 2, 2007                                  Respectfully submitted,


                                                        _____/S/_____
                                                        STUART D. KIRCHICK
                                                        Attorney

                                                        Attorneys for Plaintiff, FREDERICK BATES


                                                        Respectfully submitted,

Dated:  August 2, 2007                                  RICHARD DOYLE, City Attorney


                                                        By: _____/S/_____
                                                            MICHAEL J. DODSON
                                                            Sr. Deputy City Attorney

                                                        Attorneys for Defendants, CITY OF SAN
                                                        JOSE, ROBERT DAVIS, ADONNA
                                                        AMOROSO, and TUCK YOUNIS


**IT IS SO ORDERED.**


Dated: 10/11/07                                         _Ronald M. Whyte_____
                                                        HONORABLE RONALD M. WHYTE
                                                        United States District Court Judge

- 2 -