United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

FEDERICK BATES,

Case No. C-06-05302-RMW

Plaintiff,

13

**ORDER GRANTING MOTION TO
REOPEN TIME TO FILE AN APPEAL**

v.

14

CITY OF SAN JOSE et al.,

15

Defendants.

[Re Docket No. 57]

16

17

18        Frederick Bates moves the court to reopen time for him to file an appeal pursuant to Federal

19   Rule of Appellate Procedure 4 because he did not receive notice of the court's previous order

20   denying his motion for relief from judgment until after the deadline for filing an appeal.  Although

21   Bates would have known about the court's decision had he appeared at the hearing, the court finds

22   that Bates did not receive notice of the order within 21 days of its entry.  The court also finds that

23   Bates' motion was timely and no party will be prejudiced.  Therefore, pursuant to Appellate Rule 4,

24   the court grants Bates' motion to reopen the time to file an appeal for 14 days, until July 15, 2013.

25

26

27   Dated: July 1, 2013

RONALD M. WHYTE
United States District Judge

28

ORDER
Case No. C-06-05302-RMW
SW

- 1 -