UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERICK BATES,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE et al.,<br><br>              Defendants. | Case No. C-06-05302-RMW<br><br>**ORDER GRANTING LEAVE TO PROCEED PRO SE** |

Although Frederick Bates' attorney of record, Stuart Kirchick, has not formerly moved to withdraw from the case, it is clear that Bates is proceeding in post-judgment matters without the advice of counsel and wishes to proceed pro se. *See* Dkt. No. 57. Therefore, the court orders Stuart Kirchick withdrawn from the case and that Bates may proceed pro se.

Dated: July 10, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER
Case No. C-06-05302-RMW
SW

- 1 -