1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

FEDERICK BATES,                                          Case No. C-06-05302-RMW

12                            Plaintiff,

13                                                        **Response to Letter**

v.

14

CITY OF SAN JOSE et al.,

15                                                        [Re Docket No. 68]

                              Defendants.

16

17

18

19          Federick Bates has filed a request with the court for (1) a copy of any order signed by the

20   undersigned setting a hearing on his motion for relief from judgment and proof of its service; (2) a

21   copy of the order denying the motion for relief and proof of its service; and (3) advice as to whether

22   there is a transcript of the hearing.

23          On March 5, 2013, defendants filed a stipulation, signed by plaintiff and defendants,

24   modifying the briefing schedule for plaintiff's motion and setting the hearing on the motion for April

25   26, 2013, at 9 a.m.  *See* Dkt. No. 47.  The court approved the stipulation on March 18, 2013.  *See*

26   Dkt. No. 50.  It is unclear whether the plaintiff received a copy of that order.

27          There was no substantive hearing on April 26, the stipulated hearing date, as plaintiff did not

28   appear.  Plaintiff apparently expected the court would send out an order setting the date pursuant to

**United States District Court**
For the Northern District of California

1    the stipulation.  Because he did not receive one, he did not appear.  Although the court granted the

2    parties' stipulation requesting April 26 as the hearing date, a hearing was not necessary or required,

3    and the court submitted the matter on the papers.

4

5

6

7    Dated: August 12, 2013

8                                                         RONALD M. WHYTE
                                                          United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28